UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NATALIA JUSCINSKA,

        Plaintiff,           CASE NO.: 1:22-cv-01977-MKV

v.

326 RESTAURANT CORP. d/b/a        **NOTICE OF VOLUNTARY**
JOE ALLEN RESTAURANT, *a New York*  **DISMISSAL WITHOUT PREJUDICE**
*corporation*, and SAFFIRYAN REALTY
CORP., *a New York corporation,*

        Defendants.
---------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, NATALIA JUSCINSKA, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without Prejudice.

DATED:    June 10, 2022

                Respectfully Submitted,

                **LAW OFFICES OF NOLAN KLEIN, P.A.**
                *Attorneys for Plaintiff*
                633 S. Andrews Ave., Ste. 500
                Ft. Lauderdale, FL 33301
                PH:    (954) 745-0588

        By:  */s/ Nolan Klein*
                NOLAN KLEIN, ESQUIRE
                (NK4223)
                klein@nklegal.com
                amy@nklegal.com

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **10th** day of **June,** 2022.

By: _/s/ Nolan Klein_
NOLAN KLEIN, ESQUIRE
(NK4223)